McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

SEALED

FILED

FEB 1 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:07-CR-0047 LKK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. |
| Plaintiff, | VIOLATION: 18 U.S.C. § 1341 - Mail Fraud (13 Counts) |
| v. | |
| AUDREY RENEE BELL, aka Star Bell, SHARON DENESE HUBBS, and TERRI LOUISE ROSS, | |
| Defendants. | |

I N D I C T M E N T

COUNTS ONE THROUGH THIRTEEN: [18 U.S.C. §§ 1341 and 2 - Mail Fraud and Aiding and Abetting]

The Grand Jury charges:

    AUDREY RENEE BELL, aka Star Bell,
    SHARON DENESE HUBBS, and
    TERRI LOUISE ROSS,

defendants herein, as follows:

I. INTRODUCTION

At all times material to this Indictment:

1. Defendants AUDREY RENEE BELL, SHARON DENESE HUBBS, and TERRI LOUISE ROSS were individuals residing in Los Angeles County, California.

1

1  2. Defendant AUDREY RENEE BELL was employed by the
2 California Employment Development Department ("EDD") as a
3 disability insurance program representative ("Representative").
4 Her duties as a Representative included, among others, reviewing
5 claims and authorizing payments to individuals who had filed
6 disability claims.

7  3. EDD was the department of the State of California which
8 made disability insurance payments to qualified individuals who had
9 been employed for a certain period of time and were thereafter
10 disabled or unable to work. California State Disability Insurance
11 ("SDI") was a partial wage-replacement insurance plan for
12 California workers funded through employee payroll deductions. SDI
13 provided short-term benefits to eligible workers who suffered a
14 loss of wages due to a non-work related illness or injury or
15 disabling condition from pregnancy or childbirth. SDI benefits
16 could only be paid after the claimant met certain requirements,
17 including suffering a qualifying illness, injury or condition,
18 being unable to work for at least eight consecutive days, being
19 under the care and treatment of a licensed health care provider,
20 and submitting to EDD the proper certification of the illness,
21 injury or condition.

22  4. For an individual to qualify for disability payments, he
23 or she had to complete a disability claim form ("Form"). The Form
24 portion entitled "Claims Statement of Employee" contained questions
25 directed to the claimant regarding his or her employment history.
26 The portion of the Form entitled "Doctor's Certificate" contained
27 questions to be answered by a licensed medical provider. The Form
28 was used to document the history of the disability, the findings of

1 | the examination and diagnosis, and an estimated date when the
2 | patient would be able to resume regular or customary work. At the
3 | bottom of the Form, the medical provider had to certify that the
4 | answers given were consistent with his or her examination. The
5 | Form had to be signed by both the claimant and a licensed medical
6 | provider.

7 | 5. EDD mailed disability benefit checks from West
8 | Sacramento, in the State and Eastern District of California.

## II. SCHEME TO DEFRAUD

6. From on or about October 22, 1996, through on or about December 21, 2006, in the Eastern District of California, and elsewhere, defendants AUDREY RENEE BELL, SHARON DENESE HUBBS, and TERRI LOUISE ROSS knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money from EDD by means of material false and fraudulent pretenses, representations and promises, and in connection therewith, caused the United States mails to be used, to wit: defendant AUDREY RENEE BELL, SHARON DENESE HUBBS, TERRI LOUISE ROSS, and others, known and unknown to the Grand Jury, filed and caused to be filed, deficient, false, and fraudulent disability claims with EDD, and AUDREY RENEE BELL processed and caused benefit checks to be issued on deficient, false, and fraudulent disability claims, and thereby the defendants obtained money from EDD for themselves and others for which they were not lawfully entitled.

7. As a result of the aforesaid scheme and artifice to defraud, defendants AUDREY RENEE BELL, SHARON DENESE HUBBS, and TERRI LOUISE ROSS defrauded EDD of amounts in excess of $145,975, $27,552, and $11,948, respectively.

3

| | |
|---|---|
| 1 | III.  WAYS AND MEANS |
| 2 | 8.  In furtherance of the scheme and artifice to defraud set |
| 3 | forth above, defendants AUDREY RENEE BELL, SHARON DENESE HUBBS, and |
| 4 | TERRI LOUISE ROSS employed, among others, the ways and means |
| 5 | described below. |
| 6 | 9.  Defendant AUDREY RENEE BELL used her position as a |
| 7 | Representative and her own computer access at EDD to enter false |
| 8 | information regarding others' disability claims into the EDD |
| 9 | computer database, thereby authorizing disability benefits checks |
| 10 | to be issued. |
| 11 | 10.  Defendant AUDREY RENEE BELL, as a Representative, caused |
| 12 | payments to be authorized for false and fraudulent disability |
| 13 | claims for SHARON DENESE HUBBS, TERRI LOUISE ROSS, and others.  The |
| 14 | claims were false in one or more of the following ways: |
| 15 |     a.  The person named in the claim was not disabled; |
| 16 |     b.  The person named was actively employed; |
| 17 |     c.  The effective dates of the claims were backdated to |
| 18 |     cause payments for a period prior to the actual effective date |
| 19 |     of disability; |
| 20 |     d.  The benefits period was extended to cause payments |
| 21 |     for a period after the disability ended; and |
| 22 |     e.  The doctor whose name appeared on the Form or whose |
| 23 |     name was entered into the EDD database as the certifying |
| 24 |     health care provider had not examined the claimant. |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

11. Defendant AUDREY RENEE BELL, in order to cause payments to be authorized for SHARON DENESE HUBBS, TERRI LOUISE ROSS, and others, made entries in EDD computerized claim files that falsely indicated that defendant AUDREY RENEE BELL had received, reviewed, and caused to be filed in EDD paper files, the required paper documentation to substantiate such claims, when in truth and in fact the defendant had not received any such documentation.

12. Defendant SHARON DENESE HUBBS received disability benefit checks from EDD from November 1, 2004, through January 2, 2005, after she was certified as being able to return to work, and had returned to work, and for another period during which she was not certified as disabled and was actively employed, from June 3, 2005, through December 1, 2005. Defendant Audrey Bell caused benefit checks to be issued for these periods by falsifying dates of disability in the EDD database. After defendant SHARON DENESE HUBBS received the fraudulently obtained checks from EDD, she endorsed and negotiated them.

13. Defendant TERRI LOUISE ROSS applied for and received disability benefit checks from EDD from March 1, 2005, through June 15, 2005, prior to being certified as disabled and while she was actively employed, and continued to receive benefits from September 6, 2005, through January 30, 2006, after she was certified as being able to return to work, and had actually returned to work. Defendant Audrey Bell caused benefit checks to be issued for these periods by falsifying dates of disability in the EDD database. After defendant TERRI LOUISE ROSS received the fraudulently obtained checks from EDD, she endorsed and negotiated them.
///

14. Defendant AUDREY RENEE BELL caused EDD benefit checks to be mailed to others' addresses through the United States Mail.

15. After EDD benefit checks were mailed, defendant AUDREY RENEE BELL made arrangements to receive her portion of the fraud proceeds, usually in the form of cash, as her compensation for causing these checks to be issued.

## IV. MAILINGS

16. On or about the dates set forth below, for the purposes of executing the scheme and artifice to defraud, and attempting to do so, defendants AUDREY RENEE BELL, SHARON DENESE HUBBS, and TERRI LOUISE ROSS, as to the Counts set forth below, knowingly caused the following items to be placed in an authorized depository for mail matter in the Eastern District of California, to be sent and delivered by the United States Postal Service, as charged below:

| Count | Date | Mail Matter | Defendants |
|---|---|---|---|
| 1 | 7/29/05 | EDD check no. 94000041 to Sharon D. Hubbs 3151 Selville Ave. Palmdale, CA 93551-3537 in the amount of $3,360 | Audrey Renee Bell Sharon Denise Hubbs |
| 2 | 1/8/05 | EDD check no. 91076725 to Sharon D. Hubbs 3151 Seville Ave. Palmdale, CA 93551-3537 in the amount of $3,328 | Audrey Renee Bell Sharon Denise Hubbs |
| 3 | 6/22/05 | EDD check no. 93447202 to Terri L. Ross P. O. Box 221092 Newhall, CA 91322-1092 in the amount of $3,326.85 | Audrey Renee Bell Terri Louise Ross |

///
///
///
///

6

| | | | | |
|---|---|---|---|---|
| 4 | 12/3/05 | EDD check no. 95890823 to Terri L. Ross P.O. Box 221092 Newhall, CA 91322-1092 in the amount of $3,326.85 | Audrey Renee Bell Terri Louise Ross |
| 5 | 2/5/05 | EDD check no. 91475140 to ETG 8601 Sunland Blvd, Unit 55 Sun Valley, CA 91352-5411 in the amount of $2,905.71 | Audrey Renee Bell |
| 6 | 11/15/05 | EDD check no. 95589174 to BMR 1803 E. Cyrene Dr. Carson, CA 90746-2931 in the amount of $634.20 | Audrey Renee Bell |
| 7 | 7/29/05 | EDD check no. 93992751 to MAW 18350 Napa St., Apt 15 Northridge, CA 91325-3643 in the amount of $3,341.85 | Audrey Renee Bell |
| 8 | 12/29/04 | EDD check no. 90903374 to AJQK 1622 Berkeley St. Santa Monica, CA 90404-4103 in the amount of $3,330.86 | Audrey Renee Bell |
| 9 | 12/18/04 | EDD check No. 90765375 to LMB 13691 Gavina Ave, Unit 350 Sylmar, CA 91342-2656 in the amount of $3,286 | Audrey Renee Bell |
| 10 | 12/24/04 | EDD check no. 90851473 to CMR 16044 Nordhoff St. North Hills, CA 91343-3042 in the amount of $3,341.72 | Audrey Renee Bell |
| 11 | 5/18/05 | EDD check no. 92943266 to CMR 16044 Nordhoff St. North Hills, CA 91343-3042 in the amount of $2,600 | Audrey Renee Bell |
| 12 | 12/9/05 | EDD check no. 95980190 to CMR 16044 Nordhoff St. North Hills, CA 91343-3042 in the amount of $3,328 | Audrey Renee Bell |

///

| | | | |
|---|---|---|---|
| 13 | 1/7/05 | EDD check no. 91050893 to CMR 16044 Nordhoff St. North Hills, CA 91343-3042 in the amount of $2,309.70 | Audrey Renee Bell |

All in violation of Title 18, United States Code, Sections 1341 and 2.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

*Larry Brown for*
McGREGOR W. SCOTT
United States Attorney

8

PENALTY SLIP
(INDICTMENT)

**DEFENDANT:** AUDREY RENEE BELL,
   aka Star Bell

COUNTS ONE THROUGH THIRTEEN:
VIOLATION:   18 U.S.C. § 1341 - Mail Fraud

PENALTY:     Not More Than 20 years imprisonment
             Not More Than $250,000 fine, or both;
             3-years supervised release.

ASSESSMENT:  Mandatory $100 special assessment **each count**.


**DEFENDANT:** SHARON DENESE HUBBS

COUNTS ONE THROUGH THIRTEEN:
VIOLATION:   18 U.S.C. § 1341 - Mail Fraud

PENALTY:     Not More Than 20 years imprisonment
             Not More Than $250,000 fine, or both;
             3-years supervised release.

ASSESSMENT:  Mandatory $100 special assessment **each count**.


**DEFENDANT:** TERRI LOUISE ROSS

COUNTS ONE THROUGH THIRTEEN:
VIOLATION:   18 U.S.C. § 1341 - Mail Fraud

PENALTY:     Not More Than 20 years imprisonment
             Not More Than $250,000 fine, or both;
             3-years supervised release.

ASSESSMENT:  Mandatory $100 special assessment **each count**.


2 07 - CR - 0047 LKK

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

AUDREY RENEE BELL,
aka Star Bell,
SHARON DENESE HUBBS, and
TERRI LOUISE ROSS

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1341 - Mail Fraud (13 Counts)

*A true bill,*

_____ /S/ _____
Foreman.

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _, A.D. 20 _ _ _ _

_____
Clerk.

Bail, $ 0 pendly as to Audrey Bell; Summons to Issue after unsealing to S. Hubbs + T. Ross

GPO 863 525

2:07 - CR - 0 0 4 7 LKK