IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    No. Cr. S-07-47 LKK

    vs.

AUDREY RENEE BELL,

    Defendant.                <u>ORDER</u>

_____/

    Pending the hearing on defendant's motion to amend conditions of release, now scheduled before this court for March 29, 2007, at 2:00 p.m., the defendant is excused from posting property to secure her release as initially ordered by the U.S. District Court for the Central District of California at the time of the defendant's release pending her appearance in the Eastern District of California to respond to the charges filed in this case.

    **So Ordered.**

Dated: March 15, 2007

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE