```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
AUDREY RENEE BELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-047 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER AMENDING |
| v. | ) | CONDITIONS OF RELEASE |
| | ) | |
| AUDREY RENEE BELL, | ) | |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendants. | ) | (In Chambers) |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the conditions of Ms. Bell's pretrial release be amended as follows:

> "Your travel is restricted to the Eastern and Central District of California without the prior consent of the Pretrial Services Officer."

The purpose of this modification is to provide the supervising pretrial services officer with discretionary authority to approve travel outside this district and the district of Ms. Bell's residence upon Ms. Bell's advance request.  Upon conferring with the supervising

pretrial services officer in this case, counsel learned that Ms. Bell seeks to travel to Arizona to help her son settle in for the new school year at college, and was advised that the officer does not object to the travel, but presently lacks the discretionary authority to consent to it.  Counsel also learned that such authority is commonly given to Pretrial Services Officers in this district, but was not ordered when Ms. Bell initially appeared in the Central District.  Furthermore, the omission was not noted when Ms. Bell previously appeared in this district.

**IT IS SO STIPULATED.**

Dated:  May 14, 2007                    /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Counsel for Plaintiff

Dated:  May 14, 2007                    /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        AUDREY RENEE BELL

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 16, 2007

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stipulation and Order Amending
Conditions of Pretrial Release     -2-