UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

NO. CR. S-07-47 LKK

      Plaintiff,

  v.

O R D E R

AUDREY BELL, et al.,

      Defendants.

_____/

    The court is in receipt of a notice of the suspension of Joseph Ribakoff from the State Bar of California.

    Accordingly, Mr. Ribakoff is ordered to show cause within thirty (30) days from the date of this order why he should not be suspended from practice in this court.

    IT IS SO ORDERED.

    DATED: November 16, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1