DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AUDREY RENEE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-047 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | CASE AND EXCLUDING TIME |
| v. ) | |
| ) | Date: January 8, 2008 |
| AUDREY RENEE BELL, ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendants. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the status conference scheduled for January 8, 2008, be vacated and the matter continued for further status conference on this Court's criminal calendar on January 23, 2008, at 9:30 a.m.

This continuance is sought be the defense to permit continued investigation, review of documentary evidence, and other on-going defense preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act continue to be excluded between January 8, 2008, and January
2  23, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv), Local
3  Codes T-2 & T-4.
4      **IT IS SO STIPULATED.**

6  Dated:  January 4, 2008           /s/ Matthew Stegman
                                     MATTHEW STEGMAN
7                                    Assistant U.S. Attorney
                                     Counsel for Plaintiff

9  Dated:  January 4, 2008           /S/ Jeffrey L. Staniels
10                                   JEFFREY L. STANIELS
                                     Assistant Federal Defender
11                                   Attorney for Defendant
                                     AUDREY RENEE BELL

14                              **O R D E R**

15      **IT IS SO ORDERED.**
16                           By the Court,

19
20 Dated:  January 4, 2008
                                     _____
21                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
22                                   UNITED STATES DISTRICT COURT

Stipulation and Order Continuing
Case And Excluding Time          -2-