```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
AUDREY RENEE BELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>AUDREY RENEE BELL,<br><br>            Defendants.<br>_____ | ) No. 2:07-cr-047<br>)<br>) STIPULATION AND ORDER CONTINUING<br>) CASE AND EXCLUDING TIME<br>)<br>) Date:   February 12, 2008<br>) Time:   9:30 a.m.<br>) Judge:  Hon. Lawrence K. Karlton<br>)<br>)<br>) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the status conference scheduled for February 12, 2008, be vacated and the matter continued for further status conference on this Court's criminal calendar on March 25, 2008, at 9:30 a.m.

This continuance is sought be the defense to permit continued investigation, review of documentary evidence, and other on-going defense preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act continue to be excluded between February 12, 2008, and March 25, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv), Local Codes T-2 & T-4.

**IT IS SO STIPULATED.**

Dated: February 8, 2008      /s/ Matthew Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: February 8, 2008      /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
AUDREY RENEE BELL

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: February 11, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order Continuing
Case And Excluding Time          -2-