DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
AUDREY RENEE BELL



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br> AUDREY RENEE BELL,                 )<br>                                    )<br>            Defendants.             )<br>                                    )<br> _____  ) | No. 2:07-cr-047<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  April 15, 2008<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the status conference scheduled for April 15, 2008, be vacated and the matter continued for further status conference on this Court's criminal calendar on May 6, 2008, at 9:30 a.m.

This continuance is sought be the defense to permit continued investigation, review of documentary evidence, and other on-going defense preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act continue to be excluded between April 15, 2008, and May 6, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv), Local Codes T-2 & T-4.

**IT IS SO STIPULATED.**

Dated:  April 14, 2008          /s/ Matthew Stegman
                                MATTHEW STEGMAN
                                Assistant U.S. Attorney
                                Counsel for Plaintiff


Dated:  April 14, 2008          /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                AUDREY RENEE BELL


**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 14, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order Continuing
Case And Excluding Time          -2-