DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY CHARLES KING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>           Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br> GREGORY CHARLES KING         )<br>                             )<br>           Defendant.        )<br> _____) | CASE NO. 07-442 LKK<br><br>ORDER<br>  EXCLUDING TIME |

  Following a status conference on May 6, 2008, the unopposed request by the defense to continue the case until June 3, 2008, was granted. Time for trial under the Speedy Trial Act is excluded between May 6, 2008, and June 3, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), (continuity of counsel and defense preparation).

  IT IS SO ORDERED.

                                By the court,

DATE: May 23, 2008

                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT