DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AUDREY RENEE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0047 LKK |
| Plaintiff, | ) |
| v. | ) ORDER EXCLUDING TIME |
| AUDREY RENEE BELL, et. al. | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) (In Chambers) |

Following a status conference on June 3, 2006, the court granted the unopposed request for a continuance for the purpose of further discovery, investigation, and defense preparation, made by counsel for defendant Audrey Renee Bell, and due to the reported unavailability of Ms. Bell due to health reasons.

This case was therefore scheduled for further status conference on July 22, 2008, at 9:30 a.m. Time for trial under the Speedy Trial Act is excluded between June 3, 2008, and July 22, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv), Local Codes T-2 & T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: June 13, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT