DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AUDREY RENEE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>              Plaintiff,            )<br>                                     )<br>     v.                              )<br>                                     )<br> AUDREY RENEE BELL,                   )<br>                                     )<br>              Defendants.           )<br>                                     )<br> _____ )  | No. 2:07-cr-047<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  July 22, 2008<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the status conference scheduled for July 22, 2008, be vacated and the matter continued for further status conference on this Court's criminal calendar on August 12, 2008, at 9:30 a.m.

This continuance is sought be the defense to permit consultation regarding a proposed resolution of the case expected to be received from the government today.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded between July 22, 2008, and August 12,

2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv), Local Codes T-2 & T-4.

**IT IS SO STIPULATED.**

Dated:  July 18, 2008          /s/ Matthew Stegman
                               MATTHEW STEGMAN
                               Assistant U.S. Attorney
                               Counsel for Plaintiff


Dated:  July 18, 2008          /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Attorney for Defendant
                               AUDREY RENEE BELL


**O R D E R**

**IT IS SO ORDERED.**

By the Court,


Dated: July 21, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order Continuing
Case And Excluding Time          -2-