1 DANIEL J. BRODERICK, #89424
Federal Defender
2 JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

5

6 Attorney for Defendant
AUDREY RENEE BELL

7

8

9                  IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

UNITED STATES OF AMERICA,        )  No. 2:07-cr-047
12                               )
                  Plaintiff,     )  STIPULATION AND ORDER CONTINUING
13                               )  CASE AND EXCLUDING TIME
        v.                       )
14                               )  Date:  August 12, 2008
AUDREY RENEE BELL,               )  Time:  9:30 a.m.
15                               )  Judge: Hon. Lawrence K. Karlton
                  Defendants.    )
16                               )
_____ )
17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Matthew Stegman, counsel for Plaintiff, Assistant Federal

20 Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the status

21 conference scheduled for August 12, 2008, be vacated and the matter

22 continued for further status conference on this Court's criminal

23 calendar on September 9, 2008, at 9:30 a.m.

24      This continuance is sought be the defense to permit consultation

25 regarding a proposed resolution of the case expected to be received

26 from the government today.

27      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

28 Trial Act continue to be excluded between August 12, 2008, and

1  September 9, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) &

2  (iv), Local Codes T-2 & T-4.

3      **IT IS SO STIPULATED.**

4

5  Dated:  August 8, 2008              /s/ Matthew Stegman
                                       MATTHEW STEGMAN
6                                      Assistant U.S. Attorney
                                       Counsel for Plaintiff
7

8
   Dated:  August 8, 2008              /S/ Jeffrey L. Staniels
9                                      JEFFREY L. STANIELS
                                       Assistant Federal Defender
10                                     Attorney for Defendant
                                       AUDREY RENEE BELL
11

12

13                      **O R D E R**

14

15      **IT IS SO ORDERED.**

16                      By the Court,

17

18

19  Dated: August 11, 2008

20

21  LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28

Stipulation and Order Continuing
Case And Excluding Time          -2-