1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   AUDREY RENEE BELL
7

8
                   IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        ) No. 2:07-cr-047
12                                  )
                  Plaintiff,        ) STIPULATION AND ORDER CONTINUING
13                                  ) CASE AND EXCLUDING TIME
        v.                          )
14                                  ) Date:  November 17, 2008
   AUDREY RENEE BELL,               ) Time:  9:15 a.m.
15                                  ) Judge: Hon. Lawrence K. Karlton
                  Defendants.       )
16                                  )
   _____  )
17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States
19  Attorney Matthew Stegman, counsel for Plaintiff, and Assistant Federal
20  Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the trial
21  confirmation scheduled for November 17, 2008, and the jury trial
22  scheduled for December 9, 2008, be vacated and the case rescheduled as
23  follows: trial confirmation to take place on February 10, 2009, at 9:15
24  a.m. and jury trial on March 3, 2009, at 10:30 a.m.
25      This continuance is sought be the defense in light of the court's
26  unavailability on the currently set trial date and in order to permit
27  further necessary defense preparation in anticipation of trial.
28      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act, having already been excluded until December 9, 2008,
2  continue to be excluded between December 9, 2008, and March 3, 2009,
3  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv), Local Codes T-2
4  & T-4.
5      **IT IS SO STIPULATED.**
6
7  Dated:  November 14, 2008           /s/ Matthew Stegman
                                       MATTHEW STEGMAN
8                                      Assistant U.S. Attorney
                                       Counsel for Plaintiff
9
10
11 Dated:  November 14, 2008           /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
12                                     Attorney for Defendant
                                       AUDREY RENEE BELL
13
14
15                          **O R D E R**
16
17     **IT IS SO ORDERED.**
                             By the Court,
18
19
20
21 Dated: November 14, 2008
22                                     _____
                                       LAWRENCE K. KARLTON
23                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT
24
25
26
27
28

Stipulation and Order Continuing
Case And Excluding Time            -2-