DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AUDREY RENEE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:07-cr-047 |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| | ) CASE AND EXCLUDING TIME |
| v. | ) |
| | ) Date:  May 5, 2009 |
| AUDREY RENEE BELL, | ) Time:  9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendants. | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States
Attorney Matthew Stegman, counsel for Plaintiff, and Assistant Federal
Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the trial
confirmation scheduled for May 5, 2009, and the jury trial scheduled
for June 2, 2009, be vacated and the case rescheduled as follows: trial
confirmation to take place on August 11, 2009, at 9:15 a.m. and jury
trial on August 25, 2009, at 10:30 a.m.

This continuance is sought jointly after the parties conferred on
the anticipated logistics in completing the exchange of discovery, the
complexity of certain aspects of trial preparation, and in order to
permit completion of other preparation in anticipation of trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, having already been excluded until June 2, 2009, continue to be excluded between June 2, 2009, and August 25, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv), Local Codes T-2 & T-4.

**IT IS SO STIPULATED.**


Dated:  April 13, 2009                    /s/ Matthew Stegman
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney
                                          Counsel for Plaintiff


Dated:  April 13, 2009                    /S/ Jeffrey L. Staniels
                                          JEFFREY L. STANIELS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          AUDREY RENEE BELL



**O R D E R**

**IT IS SO ORDERED.**

                        By the Court,



Dated:  April 20, 2009

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT