DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AUDREY RENEE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-047 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | CASE AND EXCLUDING TIME |
| v. ) | |
| ) | Date:  August 25, 2009 |
| AUDREY RENEE BELL, ) | Time:  10:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendants. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the jury trial scheduled for August 25, 2009, be vacated and the case rescheduled as follows: trial confirmation to take place on September 29, 2009, at 9:15 a.m. and jury trial on October 20, 2009, at 10:30 a.m.

This continuance is sought jointly after the parties conferred on the trial preparation logistics involved in defense review, consultation, and incorporation of substantial and material just-received (as of August 14, 2009) additional discovery.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, having already been excluded until August 25, 2009, continue to be excluded between August 25, 2009, and October 20, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv), Local Codes T-2 & T-4.

**IT IS SO STIPULATED.**

Dated:  August 17, 2009          /s/ Matthew Stegman
                                 MATTHEW STEGMAN
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff


Dated:  August 17, 2009          /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 AUDREY RENEE BELL


**O R D E R**

**IT IS SO ORDERED.**

By the Court,


Dated: August 17, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order Continuing
Case And Excluding Time          -2-