DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AUDREY RENEE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-047-LKK |
| ) Plaintiff, ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. ) | |
| ) AUDREY RENEE BELL, ) | Date: September 29, 2009<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| ) Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the trial confirmation set for September 29, 2009, be rescheduled for October 6, 2009 at 9:15 a.m. and jury trial set for October 20, 2009, be rescheduled for October 27, 2009 at 10:30 a.m.

This one week continuance accommodates a request by defense counsel to ensure his availability to participate in a memorial service for a long-time friend and former colleague which is now being planned for October, in Philadelphia, Pennsylvania.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1 | Trial Act, having already been excluded until October 20, 2009, be
2 | excluded until October 27, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A)
3 | & (B)(ii) & (iv), Local Codes T-2 & T-4.
4 |    **IT IS SO STIPULATED.**

6 | Dated:  August 21, 2009            /s/ Matthew Stegman
                                      MATTHEW STEGMAN
7 |                                   Assistant U.S. Attorney
                                      Counsel for Plaintiff

9 |
10 | Dated:  August 21, 2009           /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
11 |                                  Attorney for Defendant
                                      AUDREY RENEE BELL

14 |                              **O R D E R**

16 |    **IT IS SO ORDERED.**
                             By the Court,

20 | Dated: August 24, 2009
                                      _____
                                      LAWRENCE K. KARLTON
21 |                                  SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT