DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
AUDREY RENEE BELL


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-047-LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | TRIAL CONFIRMATION HEARING. |
| v. | ) | |
| | ) | Date:  October 6, 2009 |
| AUDREY RENEE BELL, | ) | Time:  9:15 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the trial confirmation set for October 6, 2009, be rescheduled for October 14, 2009 at 9:15 a.m. The jury trial remains as previously scheduled for October 27, 2009 at 10:30 a.m.

/ / / /

This one week continuance accommodates a trip by defense counsel to Los Angeles to meet with Ms. Bell before the Trial Confirmation

1  Hearing occurs.
2      **IT IS SO STIPULATED.**
3
4  Dated:  October 1, 2009          /s/ Matthew Stegman
                                    MATTHEW STEGMAN
5                                   Assistant U.S. Attorney
                                    Counsel for Plaintiff
6
7
8  Dated:  October 1, 2009          /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
9                                   Attorney for Defendant
                                    AUDREY RENEE BELL
10
11
12                           **O R D E R**
13
   **IT IS SO ORDERED.**
14
                         By the Court,
15
16
17
   Dated: October 1, 2009
18
19                           _____
                             LAWRENCE K. KARLTON
20                           SENIOR JUDGE
                             UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28

Stipulation and Order Continuing
Trial Confirmation Hearing        -2-