```
 1 │ LAWRENCE G. BROWN
   │ United States Attorney
 2 │ MATTHEW STEGMAN
   │ MICHAEL D. ANDERSON
 3 │ Assistant U.S. Attorneys
   │ 501 I Street, Suite 10-100
 4 │ Sacramento, California 95814
   │ Telephone: (916) 554-2700
 5 │
 6 │
 7 │
 8 │          IN THE UNITED STATES DISTRICT COURT
 9 │          FOR THE EASTERN DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,  ) CASE NO. CR. S-07-047 LKK
   │                            )
12 │           Plaintiff,       ) MOTION FOR ORDER PURSUANT TO 18
   │                            ) U.S.C. §§ 6002-6003 GRANTING
13 │      v.                    ) IMMUNITY AND REQUIRING TESTIMONY
   │                            )
14 │                            )
   │ AUDREY RENEE BELL,         ) DATE: October 27, 2009
15 │                            ) TIME: 10:30 a.m.
   │           Defendant.       ) CTRM: Hon. Lawrence K. Karlton
16 │ _____)
```



**FILED**
OCT 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

17    The United States of America hereby moves this

18 Honorable Court for an order compelling Craig C. Keoshian, M.D.,

19 to testify and produce evidence pursuant to the provisions of

20 Title 18, United States Code, Section 6001, et. seq., and

21 respectfully represents as follows:

22    1. Dr. Craig C. Keoshian has been subpoenaed to

23 testify as a witness before the court beginning October 27, 2009

24 within this District;

25    2. The United States Attorney's Office has learned

26 that Dr. Keoshian would refuse to answer any questions before the

27 Court, invoking his constitutional privilege against self-

28 incrimination;

3. In the judgment of Lawrence G. Brown, United States Attorney, the testimony of Dr. Keoshian is necessary to the public interest;

4. Jason M. Weinstein, a Deputy Assistant Attorney General, has approved this application for an order instructing Dr. Keoshian to testify pursuant to 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a).

WHEREFORE, pursuant to the provisions of 18 U.S.C §§ 6002-6003 the United States of America requests that the Court order Dr. Keoshian to give testimony and produce all evidence relating to all matters within his knowledge about which he may be interrogated before said Court.

In support of this motion, the United States of America submits herewith the attached Memorandum of Points and Authorities and the Declaration of Assistant U.S. Attorneys Matthew Stegman and Michael D. Anderson.

### I. Points and Authorities

The immunity provisions of Title 18, United States Code, Section 6002, et seq., provide in pertinent part as follows:

Section 6002

> Whenever a witness refuses, on the basis of his privilege against self-incrimination, to testify or provide other information in a proceeding before or ancillary to -
> (1) a court or grand jury of the United States...,
> and the person presiding over the proceeding communicates to the witness an order issued under this title, the witness may not refuse to comply with the order on the basis of his privilege against self-incrimination; but no testimony or other information compelled

|   |   |
|---|---|
| 1 | under the order (or any information directly or indirectly derived from such testimony or other information) may be used against the witness in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with the order. |
| 2 | |
| 3 | |
| 4 | |

Section 6003

    (a) In the case of any individual who has been or may be called to testify or provide other information at any proceeding before or ancillary to a court of the United States or a grand jury of the United States, the United States district court for the judicial district in which the proceeding is or may be held shall issue, in accordance with subsection (b) of this section, upon the request of the United States attorney for such district, an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination, such order to become effective as provided in section 6002 of this part.

    (b) A United States attorney may, with the approval of the Attorney General, the Deputy Attorney General, the Associate Attorney General, or any designated Assistant Attorney General or Deputy Assistant Attorney General, request an order under subsection (a) of this section when in his judgment
    (1) the testimony or other information from such individual may be necessary to the public interest; and
    (2) such individual has refused or is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination.

The aforesaid statute is valid and constitutional, and orders issued pursuant thereto are likewise valid. <u>United States v. Kastigar</u>, 406 U.S. 441 (1972).

## II. **Declaration of Assistant U.S. Attorney Matthew Stegman**

I, Matthew Stegman, declare as follows:

3

1.     1.  I am an Assistant United States Attorney for the
2. Eastern District of California.
3.     2.  I have advised United States Attorney Lawrence G.
4. Brown that Craig C. Keoshian, M.D. will be called to testify
5. before this Court.  The subpoena calls for Dr. Craig C.
6. Keoshian's appearance for a trial beginning October 27, 2009.  I
7. have further advised Mr. Brown that Dr. Craig C. Keoshian will be
8. questioned regarding his dealings with Audrey Bell.
9.     3.  I have presented the facts of the trial proceedings
10. to Mr. Brown, and in his judgment Dr. Craig C. Keoshian would
11. refuse to testify before the Grand Jury, and his testimony is
12. necessary to the public interest.
13.     4.  An authorized Deputy Assistant Attorney General of
14. the United States has approved the Application for an Order
15. instructing witness Dr. Craig C. Keoshian to testify and produce
16. evidence under the provisions of 18 U.S.C. §6003 and 28 C.F.R.
17. §0.175(a).  A copy of the letter from Jason M. Weinstein, Deputy
18. Assistant Attorney General, Criminal Division, Department of
19. Justice, expressing said approval is attached hereto as Exhibit
20. "A."
21.     I declare under penalty of perjury that the foregoing
22. is true and correct.

### III. Proposed Order

On motion of Lawrence Brown, the United States Attorney for the Eastern District of California, by and through Matthew Stegman, Assistant United States Attorney, and Michael D. Anderson, Assistant United States Attorney, and it appearing to

4

the satisfaction of the Court for the Eastern District of
California:

    1. That Craig C. Keoshian, M.D., has been subpoenaed as a witness to testify before this Court beginning October 27, 2009; and

    2. That in the judgment of said United States Attorney, said Dr. Craig C. Keoshian is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination; and

    3. That in the judgment of the said United States Attorney, the testimony or other information from said Dr. Craig C. Keoshian may be necessary to the public interest; and

    4. That the aforesaid motion filed herein has been made with the approval of an authorized Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. §6003, and 28 C.F.R. §0.175(a).

    NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §6002 that Dr. Craig C. Keoshian give testimony or provide other information which he refuses to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated in the course of this proceeding.

    IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Dr. Craig C. Keoshian in any criminal case, except that Dr. Craig C. Keoshian shall not be

exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C § 6002.

IT IS FURTHER ORDERED that a copy of this Order and the accompanying supporting materials shall be provided to Dr. Craig C. Keoshian and his attorney for their use, and that this order is effective as of October 29, 2009.

DATED: October 29, 2009

_____
United States District Judge

DATED: OCTOBER 26, 2009

Respectfully submitted,

LAWRENCE G. BROWN
United States Attorney

By _____
MATTHEW STEGMAN
Assistant U.S. Attorney

By _____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

6