1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
AUDREY RENEE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-047-LKK |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING. |
| v. | ) | Date: January 26, 2010 |
| AUDREY RENEE BELL, | ) | Time: 9:15 a.m. |
| Defendants. | ) | Judge:  Hon. Lawrence K. Karlton |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the sentencing set for January 26, 2010, be vacated and rescheduled for February 9, 2010 at 9:15 a.m.

This continuance is sought to permit defense counsel to consult with Ms. Bell about the presentence report and currently filed objections thereto, and to determine the appropriateness of the continued appearance as counsel for Ms. Bell by the Office of the Federal Defender in the wake of a telephonic exchange between Ms. Bell and

undersigned counsel on the evening of January 21, 2010.

The court is advised that it is not known at this point whether a further continuance will be judged to be necessary by defense counsel.  Government counsel has been informed of this uncertainty, and has not stated in advance what its response would be to such a further request.

**IT IS SO STIPULATED.**

Dated:  January 22, 2010          /s/ Matthew Stegman
                                              MATTHEW STEGMAN
                                              Assistant U.S. Attorney
                                              Counsel for Plaintiff

Dated:  January 22, 2010          /S/ Jeffrey L. Staniels
                                              JEFFREY L. STANIELS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              AUDREY RENEE BELL

**O R D E R**

**IT IS SO ORDERED.**

                        By the Court,

Dated:  January 25, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order Continuing Case