**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**AUDREY BELL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. CRS 07-47 LKK |
|                                     ) | |
|            Plaintiff,               ) | |
|                                     ) | **STIPULATION AND ORDER TO** |
|    vs.                              ) | **CONTINUE STATUS** |
|                                     ) | |
| AUDREY BELL                         ) | |
|                                     ) | **Date:** May 4, 2010 |
|                                     ) | **Time:** 9:15 a.m. |
|            Defendants.              ) | **Ctrm:** Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew C. Stegman and Michael D. Anderson, Assistant United States Attorneys, and Defendant, AUDREY BELL, through her counsel of record, Joseph J. Wiseman, that the status conference in the above-captioned matter set for Tuesday, March 23, 2010, be continued to Tuesday, **May 4, 2010 at 9:15 a.m.**

The parties are entering into this stipulation in order to permit defendant's newly appointed counsel to finish reviewing the file generated in this case, and receive and review the transcripts of the trial, which will not be available until mid-April, 2010.

The parties further agree that the interest of justice will be served by continuing the status conference to May 4, 2010 at 9:15 a.m. for the reasons set forth above.

/ / / / /

/ / / / /

Dated: March 16, 2010

                                                Respectfully submitted,

                                                JOSEPH J. WISEMAN, P.C.

                                                By:     /s/ Joseph J. Wiseman

                                                         JOSEPH J. WISEMAN
                                                         Attorney for Defendant
                                                         Audrey Bell

Dated: March 16, 2010                     BENJAMIN B. WAGNER
                                                United States Attorney

                                                By:     /s/ Matthew C. Stegman
                                                         MATTHEW C. STEGMAN, AUSA
                                                         Attorney for Plaintiff
                                                         UNITED STATES OF AMERICA

                                                By:     /s/ Michael D. Anderson
                                                         MICHAEL D. ANDERSON, AUSA
                                                         Attorney for Plaintiff
                                                         UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case shall be continued to May 4, 2010 at 9:15 a.m.

Dated: March 17, 2010

                                        LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT