**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**AUDREY BELL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CRS 07-47 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS** |
| AUDREY BELL | |
| | **Date:** May 11, 2010 |
| | **Time:** 9:15 a.m. |
| Defendants. | **Ctrm:** Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew C. Stegman and Michael D. Anderson, Assistant United States Attorneys, and Defendant, AUDREY BELL, through her counsel of record, Joseph J. Wiseman, that the status conference in the above-captioned matter set for Tuesday, May 4, 2010, be continued to Tuesday, **May 11, 2010 at 9:15 a.m.**

The parties are entering into this stipulation in order to permit defendant's counsel time to review recently received documents from Defendant and to complete the review of trial transcripts.

The parties further agree that the interest of justice will be served by continuing the status conference to May 11, 2010 at 9:15 a.m. for the reasons set forth above.

/ / / / /

/ / / / /

Dated: April 29, 2010

                Respectfully submitted,

                JOSEPH J. WISEMAN, P.C.

                By:   /s/ Joseph J. Wiseman

                  JOSEPH J. WISEMAN
                  Attorney for Defendant
                  Audrey Bell

Dated: April 29, 2010      BENJAMIN B. WAGNER
                United States Attorney

                By:   /s/ Matthew C. Stegman
                  MATTHEW C. STEGMAN, AUSA
                  Attorney for Plaintiff
                  UNITED STATES OF AMERICA


                By:   /s/ Michael D. Anderson
                  MICHAEL D. ANDERSON, AUSA
                  Attorney for Plaintiff
                  UNITED STATES OF AMERICA

**ORDER**

  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case shall be continued to May 11, 2010 at 9:15 a.m.

Dated: April 30, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation And Proposed Order To Continue Status Conference      Case No. CRS 07-47 LKK