**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:      530.759.0700**
  **Facsimile:      530.759.0800**

Attorney for Plaintiff
AUDREY RENEE BELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR S 07-0047  LKK |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND ORDER TO** |
| | ) | **FILE UNDER SEAL DEFENDANT'S** |
| vs. | ) | **EXHIBIT A IN SUPPORT OF** |
| | ) | **MOTION TO  WITHDRAW PLEA** |
| | ) | |
| AUDREY RENEE BELL, | ) | Date:  June 2, 2010 |
| | ) | Time:  9:15 a.m. |
| Defendant. | ) | Ctrm: Hon. Lawrence K. Karlton |
| | ) | |

Defendant, AUDREY BELL, hereby applies for an order to file under seal

Defendant's Exhibit A in support of her *Motion to Withdraw Plea*, which was filed

today. This application is made because the exhibit sought to be sealed reveals client

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1

Application and Proposed Order to                                                                 Case No.    07-0047 LKK
File Under Seal Defendant's Exhibit A
in Support of Motion to Withdraw Plea

*(left margin, vertical text)* JOSEPH J. WISEMAN, P.C.  1477 Drew Avenue, Davis, CA 95618  Telephone: 530.759.0700      Facsimile 530.759.0800

1     privileged information.

2     Dated: May 17, 2010                                    Respectfully submitted,

3                                                            By:     /s/ Joseph J. Wiseman

4                                                            JOSEPH J. WISEMAN
                                                             Attorney for Defendant
5                                                            Audrey Bell

6

7                                    **ORDER**

8          GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the

9     application in the above-captioned case to file Exhibit A under seal is granted.

10

11    Dated: May 25, 2010

12

13

14    LAWRENCE K. KARLTON
      SENIOR JUDGE
15    UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

Application and Proposed Order to                                          Case No.    07-0047 LKK
File Under Seal Defendant's Exhibit A
in Support of Motion to Withdraw Plea