**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**AUDREY RENEE BELL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 07-0047 LKK |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER TO EXTEND VOLUNTARY SURRENDER DATE** |
| AUDREY RENEE BELL, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew Stegman, Assistant United States Attorney, and Defendant, AUDREY BELL, through her counsel of record, Joseph J. Wiseman, that Defendant's voluntary surrender date of September 7, 2010, be extended to October 29, 2010 at 2:00 p.m.  The undersigned are entering into this stipulation and requesting this continuance to provide Defendant additional time to continue an ongoing medical evaluation.

Defendant BELL has been designated to serve her 60-month federal prison sentence at FCI Victorville, Medium II, in Victorville, California. On August 24, 2010, BELL's physician ordered her to undergo an ultra sound for a recently discovered lesion on her breast, due to BELL's strong family history of breast cancer.  A copy of the physician's order is attached as Exhibit A. BELL has an appointment for the procedure on September 3, 2010 at 9 a.m. and will require at least one additional evaluation with her physician after the ultra sound. Thereafter, BELL may require further tests. It would be beneficial to BELL to complete the evaluation for

this medical issue with her current physician before she reports to FCI Victorville. It will also aid the Bureau of Prisons in its medical assessment of BELL, if she arrives with a diagnosis and treatment plan, if needed.

Therefore, Defendant requests the Court grant this request to extend her voluntary surrender date.

Dated: August 25, 2010					Respectfully submitted,

								JOSEPH J. WISEMAN, P.C.

								By:     /s/ Joseph J. Wiseman

									JOSEPH J. WISEMAN
									Attorney for Defendant
									AUDREY BELL

Dated: August 25, 2010					BENJAMIN B. WAGNER
								United States Attorney


								By:     /s/ Matthew Stegman
									MATTHEW STEGMAN, AUSA
									Attorney for Plaintiff
									UNITED STATES OF AMERICA


**ORDER**

A request to extend the time for voluntary surrender having been presented to the Court and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant, AUDREY BELL, shall self-surrender at FCI Victorville, Medium II facility, as designated by the Bureau of Prisons, on or before **October 29, 2010**.  The Court is granting defendant's request to be permitted to complete an ongoing medical evaluation.


Dated: August 26, 2010

									LAWRENCE K. KARLTON
									SENIOR JUDGE
									UNITED STATES DISTRICT COURT

2

Stipulation to Extend Surrender Date								CR 07-0047 LKK