**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:   530.759.0700**
  **Facsimile:    530.759.0800**

**Attorney for Defendant**
**AUDREY BELL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>AUDREY RENEE BELL,<br><br>                 Defendant. | Case No. CR S 07-0047 LKK<br><br>**APPLICATION FOR ORDER**<br>**EXONERATING BAIL; ORDER** |

     Defendant, **AUDREY BELL**, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure her release in this case. Defendant is making this application on the grounds that her case is concluded and she is currently serving her sentence at FCI Victorville, Medium II.  Accordingly, the lien in favor of the Clerk of Court posted to secure defendant's release should be extinguished.

Dated: December 17, 2010        Respectfully submitted,

                                    By: ___/s/  Joseph J. Wiseman___
                                        JOSEPH J. WISEMAN
                                        Attorney for Defendant

AUDREY BELL

**ORDER**

GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the bail posted in this case to secure the defendant's release is EXONERATED.

DATED: December 21, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT